FILED
2024 Sep-30 PM 05:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| ROLAND EDGER, | ) |
| | ) |
|    Plaintiff | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 5:19-cv-01977-LCB |
| KRISTA MCCABE; | ) |
| CAMERON PERILLAT; and the | ) |
| CITY OF HUNTSVILLE, | ) |
| ALABAMA, | ) |
| | ) |
|    Defendants. | ) |

## PLAINTIFF'S AMENDED TRIAL WITNESS & EXHIBIT[1] LISTS

### Witnesses - Expect to Call

**Krista McCabe**
c/o defense counsel

**Cameron Perillat**
c/o defense counsel

**Roland Edger**
c/o plaintiff counsel

**Susan Edger (plaintiff's wife)**
c/o plaintiff's counsel

**Gaynell Smith (plaintiff's sister)**
2001 9th St SW

---

[1] By listing an exhibit plaintiff does not waive any objections to the admissibility of the exhibit if offered by defendants.

Huntsville, AL 35805
256-519-3368

**DeWayne McCarver (via deposition)**

Pg. 7, lines 6-9
Pg. 24, line 18 to Pg. 25 line 1
Pg. 26, line 23 to Pg. 27, line 21
Pg. 30, line 6 to Pg. 31, line 12
Pg. 76, line 1 to Pg. 77, line 7
Pg. 78, lines 4-13
Pg. 79, line 8 to Pg. 80, line 13
Pg. 82, line 8 to Pg. 83, line 11
Pg. 98, lines 4-8
Pg. 99, line 17 to Pg. 100, line 16
Pg. 102, line 19 to Pg. 103, line 4
Pg. 104, lines 5-11
Pg. 111, lines 3-10
Pg. 113, line 7 to Pg. 114, line 2

**Krista McCabe (deposition excerpts that may be read in plaintiff's case in chief)**

Pg. 17, line 21 to Pg. 18, line 2
Pg. 18, lines 9-13
Pg. 30, lines 13-23
Pg. 32, lines 11-16
Pg. 37, lines 6-11
Pg. 38, lines 2-10
Pg. 53, line 15 to Pg. 54, line 9
Pg. 97, lines 8-13
Pg. 110, line 9 to Pg. 111, line 1
Pg. 132, line 21 to Pg. 133, line 11

**Cameron Perillat (deposition excerpts that may be read in plaintiff's case in chief)**

Pg. 12, lines 4-6

Pg. 58, line 11 to Pg. 59, line 8
Pg. 59, line 23 to Pg. 60, line 12
Pg. 63, line 23 to Pg. 65, line 15
Pg. 71, lines 14-22
Pg. 81, lines 8-10
Pg. 87, lines 3-12
Pg. 90, lines 4-7
Pg. 111, line 15 to Pg. 114, line 19

## Witnesses - May Call

**Brinlee Edger** (plaintiff's daughter)
c/o plaintiff's counsel
256-658-842

**Kajal Ghosh**
252 Harold Murphy Dr.
Madison, AL 35752
256-206-5924

**Snigdha Ghosh**
252 Harold Murphy Dr.
Madison, AL 35752
256-206-5924

**Bill Weinzierl**
2001 9th St SW
Huntsville, AL 35805
256-519-3368

**Justin Nuby**
192 Dixon Rd
Hazel Green, AL 35750
256-658-1033

**Custodian of 911 call records**

## Exhibits - Expect to Use

1. 911 call

2. McCabe body worn camera video (synced with transcript)

3. McCabe dash camera video

4. McCabe rear seat camera video

5. Perillat body worn camera video

6. Perillat dash camera video

7. Transcript of McCabe body worn camera

8. McCabe arrest report

9. McCabe complaint

10. Text of 15-5-30

11. 30(b)(6) deposition notice

12. HPD search and seizure handbook

## Exhibits - May Use

13. Photographs of plaintiff

14. Municipal court record

15. Calls for service report

16. Any document on defendant's list

17. Any deposition exhibits not specifically listed

18. Any document necessary to refresh recollection

/s Henry F. (Hank) Sherrod III
Henry F. (Hank) Sherrod III
No. ASB-1200-D63H
HENRY F. SHERROD III, P.C.
119 South Court Street
Florence, Alabama 35631-0606
Phone: 256-764-4141
Fax: 877-684-0802
Email: hank@alcivilrights.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

s/ Henry F. (Hank) Sherrod III
