# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION



FILED
OCT 23 2024
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| ROLAND EDGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 5:19-cv-1977-LCB |
| ) | |
| KRISTA McCABE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## VERDICT FORM

### Krista McCabe

**Do you find from a preponderance of the evidence:**

1. That Roland Edger should be awarded compensatory damages against Krista McCabe in the amount of $ **75,000**

2. That punitive damages should be assessed against Krista McCabe?

   Answer Yes or No    **Yes**

   If your answer is "Yes," in what amount?    $ **1,000**

## Cameron Perillat

**Do you find from a preponderance of the evidence:**

1. That Roland Edger should be awarded compensatory damages against Cameron Perillat in the amount of   $75,000

2. That punitive damages should be assessed against Cameron Perillat?

<u>                Answer Yes or No       Yes                </u>

If your answer is "Yes," in what amount?   $1,000

SO SAY WE ALL.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Foreperson's Signature

DATE: 10/23/24

2